UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **GAIL BOSTON, Deceased, and ELIZABETH BOSTON,** | : | Civil Action No. 2:04-cv-122-PJB |
| **Plaintiffs** | : | |
| v. | : | |
| **EASTERN REFRACTORIES CO., INC., et al,** | : | |
| **Defendants** | : | |

**ORDER**

AND NOW, this 8th day of March, 2011, upon consideration of Plaintiff's Motion for Voluntary Dismissal, said Motion is GRANTED. Plaintiff's claims against Metropolitan Life Insurance Company are dismissed.

                                                                /s/ Paul J. Barbadoro
                                                                Paul J. Barbadoro
                                                                U.S. District Judge